```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
MIHAIL TUTUIANU,                                                    JUDGMENT
                                                                    09-CV- 0787 (JG)
                        Plaintiff,

       -against-                                                    FILED
                                                                    IN CLERK'S OFFICE
                                                                    U.S. DISTRICT COURT E.D.N.Y.
NEW YORK STATE; NEW YORK CITY
HOUSING AUTHORITY; HUMAN                                            ★ JUN 2 3 2009 ★
RESOURCES ADMINISTRATION,
DEPARTMENT OF SOCIAL SERVICES;                                      BROOKLYN OFFICE
CORPORATION COUNSEL; CIVIL
COURT, QUEENS HOUSING COURT PART;
and NEW YORK STATE OFFICE OF
TEMPORARY AND DISABILITY
ASSISTANCE,

                        Defendants.
----------------------------------------------------------------X
```

A Memorandum and Order of Honorable John Gleeson, United States District Judge, having been filed on June 18, 2009, dismissing the complaint pursuant to Fed. R. Civ. P. 12(h)(3) and 28 U.S.C. § 1915(e)(2)(D); certifying pursuant to 28 U.S.C. § 1915(a)(3) that appeal would not be taken in good faith; and denying *in forma pauperis* status for the purpose of any appeal; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; that the complaint is dismissed pursuant to Fed. R. Civ. P. 12(h)(3) and 28 U.S.C. § 1915(e)(2)(D); that pursuant to 28 U.S.C. § 1915(a)(3) any appeal would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of any appeal.

Dated: Brooklyn, New York
       June 23, 2009

                                                        s/Robert C. Heinemann
                                                        ROBERT C. HEINEMANN
                                                        Clerk of Court